## FIRST TRUST NATIONAL ASSOCIATION *v.*
## ANDREW DARUKA ET AL.
## (11006)

LAVERY, FREEDMAN and SCHALLER, Js.

Argued November 4—decision released November 24, 1992

*Noel R. Newman,* for the appellant (defendant Ann Daruka).

*Stephen R. Griffin,* for the appellee (plaintiff).

PER CURIAM. We have carefully reviewed the records and briefs in this matter and after having heard oral argument we are of the opinion that the trial court's action striking both the special defense and the amended special defense filed by the defendant Ann Daruka was proper.

The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.